UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUBEN GARCIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | Case No. 5:16-cv-01725-EJD<br><br>**ORDER RE: PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 2 |

Because Plaintiffs' application for a temporary restraining order ("TRO") does not include a declaration or other document that complies with the requirements of Federal Rule of Civil Procedure 65(b)(1) for the issuance of injunctive relief without notice, the court orders as follows:

1. Plaintiffs shall immediately, and no later than **12:00 p.m. on April 7, 2016**, serve Defendants with copies of the Complaint, Summons, TRO application, this order, and any other documents filed on the district court docket, and shall file a certificate of service demonstrating that such service has been completed.

2. All parties shall thereafter appear before the undersigned at **10:00 a.m. on April 8, 2016**, for a Status Conference to discuss scheduling matters related to Plaintiffs' TRO application. The parties are advised that such conference will not be a hearing on the merits of the application.

**IT IS SO ORDERED.**

Dated: April 6, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge