UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUBEN GARCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA CLARA, et al., <br><br> Defendants. | Case No. 5:16-cv-01725-EJD <br><br> **ORDER CONTINUING STATUS CONFERENCE** |

At the request of Plaintiffs' counsel, the Status Conference scheduled for April 14, 2016, is CONTINUED to **11:00 a.m. on April 28, 2016.** The parties shall file a Joint Status Conference Statement which, inter alia, provides an update as to any jurisdictional issues and whether Plaintiff intends to pursue a temporary restraining order in this action, on or before **April 21, 2016.**

In light of this continuance, the court will not take further action on the pending motion for temporary restraining order unless notified otherwise by Plaintiffs.

**IT IS SO ORDERED.**

Dated: April 13, 2016

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-01725-EJD
ORDER CONTINUING STATUS CONFERENCE