(*counsel listed on signature block*)

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 4/22/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUBEN GARCIA, PEDRO ABRAJAN, ROMAN AGUILAR, TINA BANKS, MICHELLE BENAVIDES, TRICIA BENAVIDES, VICTORIA CALLAGHAN, KIM CO, MAYLENE DE JESUS, ANNA FERNANDEZ, VERONICA GARCIA, GABRIEL GARZA, MARTHA GUADALUPE, FRANCISCO GUERRERO, PURESA JACOBO, GIGI LAU, MARIA LEON-RODRIGUEZ, ANGELICA LONGA, AERIN MAI, NGHIA MAI, MOTI MARGA, CRISTINA MARTINEZ, ANA LAURA MURILLO, TAM NGUYEN, TU TRAN NGUYEN, ANGELICA PEDROZO, MARIA PEREZ, LILI PHU, ROSARIO SILVA-AGUILAR, TARA TERRAZAS, STACY TONNU, THUCUC TRAN, RITA URSUA, VIRGINIA VALDEZ, ANNA VO, and VICKIE VU-LAM, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA CLARA; and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521, <br><br> Defendants. | Case No. 5:16-cv-1725-EJD <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs RUBEN GARCIA, PEDRO ABRAJAN, ROMAN AGUILAR, TINA BANKS, MICHELLE BENAVIDES, TRICIA BENAVIDES, VICTORIA CALLAGHAN, KIM CO, MAYLENE DE JESUS, ANNA FERNANDEZ, VERONICA GARCIA, GABRIEL GARZA, MARTHA GUADALUPE, FRANCISCO GUERRERO, PURESA JACOBO, GIGI LAU, MARIA LEON-RODRIGUEZ, ANGELICA LONGA, AERIN MAI, NGHIA MAI, MOTI MARGA, CRISTINA MARTINEZ, ANA LAURA MURILLO, TAM NGUYEN, TU TRAN NGUYEN, ANGELICA PEDROZO, MARIA PEREZ, LILI PHU, ROSARIO SILVA-AGUILAR, TARA TERRAZAS, STACY TONNU, THUCUC TRAN, RITA URSUA, VIRGINIA VALDEZ, ANNA VO, and VICKIE VU-LAM ("Plaintiffs") hereby give notice that all pending claims in the above-referenced action by Plaintiffs against Defendants County of Santa Clara and Service Employees International Union Local 521 ("Defendants") are voluntarily dismissed without prejudice. Defendants have yet to file an answer or motion for summary judgment. The Clerk shall close this file.

Dated: April 20, 2016                           Respectfully submitted,

*/s/ Christopher J. Judge*
Christopher J. Judge

| Christopher D. Banys | (SBN 230038) |
| Jennifer L. Gilbert | (SBN 255820) |
| Christopher J. Judge | (SBN: 274418) |

BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, CA  94303
Tel:  (650) 308-8505
Fax: (650) 353-2202

Attorneys for Plaintiffs,
RUBEN GARCIA, PEDRO ABRAJAN, ROMAN AGUILAR, TINA BANKS, MICHELLE BENAVIDES, TRICIA BENAVIDES, VICTORIA CALLAGHAN, KIM CO, MAYLENE DE JESUS, ANNA FERNANDEZ, VERONICA GARCIA, GABRIEL GARZA, MARTHA GUADALUPE, FRANCISCO GUERRERO, PURESA JACOBO, GIGI LAU, MARIA LEON-RODRIGUEZ, ANGELICA LONGA, AERIN MAI, NGHIA MAI, MOTI

1  MARGA, CRISTINA MARTINEZ, ANA LAURA
   MURILLO, TAM NGUYEN, TU TRAN NGUYEN,
2  ANGELICA PEDROZO, MARIA PEREZ, LILI PHU,
   ROSARIO SILVA-AGUILAR, TARA TERRAZAS,
3  STACY TONNU, THUCUC TRAN, RITA URSUA,
   VIRGINIA VALDEZ, ANNA VO, and VICKIE VU-LAM

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28